1  TIMOTHY J. YOO (SBN 155531)
   MONICA Y. KIM (SBN 180139)
2  LINDSEY L. SMITH (SBN 265401)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Blvd., Suite 1700
   Los Angeles, California 90067
4  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
5
6  Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 02 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **pickett**    DEPUTY CLERK

CHANGES MADE BY COURT

7          UNITED STATES BANKRUPTCY COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9               LOS ANGELES DIVISION

10 In re:                                    ) CASE NO. 2:10-bk-45503-RN
                                             )
11 SELIM AMERICA, INC., a New York           ) Chapter 11
   corporation                               )
12                                           ) **ORDER GRANTING DEBTOR'S EX**
                                             ) **PARTE APPLICATION FOR AN**
13             Debtor.                        ) **ORDER EXTENDING TIME FOR**
                                             ) **DEBTOR TO FILE SCHEDULES OF**
14                                           ) **ASSETS AND LIABILITIES AND**
                                             ) **STATEMENT OF FINANCIAL**
15                                           ) **AFFAIRS AND OTHER REQUIRED**
                                             ) **DOCUMENTS AS LISTED IN THE**
16                                           ) **COURT'S DEFICIENCY NOTICE**
                                             )
17                                           )
                                             ) [No hearing requested]
18                                           )
19                                           )
                                             )
20                                           )
                                             )
21 ─────────────────────────────────────────)

22          On August 27, 2010, Selim America, Inc., the Chapter 11 debtor and debtor in

23 possession in the above-referenced Chapter 11 case (the "Debtor"), filed an *ex parte*

24 application (the "Application") for an order of the Court extending the time within which the

25 Debtor must file its Schedules of Assets and Liabilities (the "Schedules"), Statement of

26 Financial Affairs (the "SOFA"), and other documents (the "Documents") required to be filed

27 pursuant to the Court's Case Commencement Deficiency Notice or other similar notice

28 issued by the Court.  Based on the Application, the record in this case, and good cause

1  appearing, pursuant to Local Bankruptcy Rule 1007-1(e) and Federal Rule of Bankruptcy

2  Procedure 1007(c), it is hereby

3       **ORDERED**, that

4       (a)    this Application is GRANTED;

5       (b)    the notice given is adequate; and

6       (c)    the deadline by which the Debtor must file its Schedules, SOFA, and Documents

7  is extended through **September 23, 2010**.

8       **IT IS SO ORDERED.**

9                                  ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  DATED: September 2, 2010

                                 United States Bankruptcy Judge

27

28

| In re SELIM AMERICA, INC.,                 Debtor(s). | CHAPTER  11<br>CASE NO 2:10-bk-45503-RN |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **ORDER GRANTING DEBTOR'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS AS LISTED IN THE COURT'S DEFICIENCY NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On  **September 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL - ALL CREDITORS (SEE ATTACHED SERVICE LIST)**

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 2, 2010**  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA ATTORNEY MESSENGER**
Hon. Richard Neiter
U.S. BANKRUPTCY COURT
255 E. Temple Street, Ctrm 1645
Los Angeles, CA  90012                      ☐  Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| **September 2, 2010** | Angela Antonio | /s/ Angela Antonio |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F9013-3.1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In re Selim America, Inc.
In re Selim Textile, Inc.
Case No. 2:10-bk-45503-RN
Case No. 2:10-bk-45505-RN
MML

**SERVED VIA OVERNIGHT MAIL**

SELIM TEXTILE, INC.
Attn: June Yong Kim
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

SELIM AMERICA, INC.
Attn: June Yong Kim
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

EYP Realty LLC
725 S. Figueroa Street, Suite 1850
Los Angeles, CA 90017

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Keystone Textile
2541 S. Alameda Street
Los Angeles, CA 90058

New York State Dept of Tax/Finance
ATT: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227

Sang Hee Yoon
1437 Wildwood Drive
Los Angeles, CA 90041

Selim Textile, Inc.
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

Susan Kang
17320 Larisa Drive
Cerritos, CA 90703

Aceco Korea Corp
RM 906 Jungwood B/D
13-25 Yoido-Dong Youngdeungpo-Ku
Seoul KOREA,

Frontier Logistics Services
1700 N. Alameda St.
Compton, CA 90222

H.S. USA INC.
JULIE YANG, Agent, c/o Fenwick West
801 CALIFORNIA STREET
Mountain View, CA 94041

Hwaseung Networks America Corp.
485 Seventh Avenue, Suite 309
New York, NY 10018

ILSHIN SPINNING CO, LTD.
15-15 Yoido-Dong
Yongdeugnpo-Ku
Seoul  KOREA,

Joong Jay Shin
358 5th Avenue, Suite 301
New York, NY 10001

UNI GLOBAL LOGISTICS
1971 W. 190th Street, Ste. 150
Torrance, CA 90504

Unico Logistics Co.,Ltd.
9TH FL, KUKJE BLDG, 111
DA-DONG, CHUNG-GU
Seoul KOREA,

1

In re SELIM AMERICA, INC.,

2                                     Debtor(s).

CHAPTER 11
CASE NO 2:10-bk-44503-RN

3

# NOTICE OF ENTERED ORDER AND SERVICE LIST

4

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTOR'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS AS LISTED IN THE COURT'S DEFICIENCY NOTICE** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**   Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 27, 2010**   the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    * Russell Clementson    russell.clementson@usdoj.gov
    * Monica Y Kim    myk@lnbrb.com
    * United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

SELIM AMERICA, INC.
Attn: June Yong Kim
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

☐   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐   Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                        **F 9021-1.1**