PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Dare Law, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@usdoj.gov

**FILED & ENTERED**

SEP 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
-   LOS ANGELES DIVISION
-

| | |
|---|---|
| In re: | Case No.2:10-bk-45503 RN |
| **SELIM AMERICA, INC.** | Chapter 11 |
| Debtor. | ORDER GRANTING APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE AND FIXING BOND |
| | Hearing: no hearing required<br>Time:<br>Courtroom   1645 |

Based upon the United States Trustee's Application for Order Approving Appointment of Chapter 11 Trustee, filed on September 17, 2010. and good cause appearing, it is hereby

ORDERED that the Court approves the appointment of HOWARD EHRENBERG as Chapter 11 Trustee in the above captioned case with all the rights, powers, and duties under 11 U.S.C. §1107 of the Bankruptcy Code.

DATED: September 17, 2010

_____
United States Bankruptcy Judge

1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: ORDER GRANTING APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE AND FIXING BOND

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    **September 16, 2010**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    **September 16, 2010**    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 16, 2010 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| **Name** | **Capacity** | **Email Address** |
|---|---|---|
| NONE | | |

**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

Debtor:
Selim America Inc., a New York corporation
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

Attorney for Debtor
Monica Y Kim
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
310-229-1234

Other Interested Parties
Samuel S. Oh
Lim, ruger & Kim, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA  90017

Steven Kurtz
Levinson, Arshonsky & Kurtz, LLP
15303 Ventura Blvd, Suite 1650
Sherman Oaks, CA  91403

Howard Ehrenberg
SulmeyerKuptez
333 South Hope Street, 33rd Floor
Los Angeles, CA  90071

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Richard Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1645
Los Angeles, CA 90012-3332

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F.9013-3.1.PROOF.OF.SERVICE**

3

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER GRANTING APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE AND FIXING BOND

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**    **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    **September 16, 2010**    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST(IF APPLICABLE)**

☒    Service information continued on attached page

**II.**    **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.**    **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION**

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Russell Clementson    russell.clementson@usdoj.gov

Monica Y Kim    myk@lnbrb.com

Steven N Kurtz    lgreenstein@laklawyers.com, rfeldon@laklawyers.com

Elan S Levey    elevey@laklawyers.com, lgreenstein@laklawyers.com;rfeldon@laklawyers.com

Sam S Oh    sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com

Lindsey L Smith    lls@lnbrb.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Helen H Yang    hyang@ssd.com

**II.    SERVED BY THE COURT VIA U.S. MAIL:**
Debtor:
Selim America Inc., a New York corporation
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

Other Interested Parties
Howard Ehrenberg
SulmeyerKuptez
333 South Hope Street, 33rd Floor
Los Angeles, CA  90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

5