| | |
|---|---|
| 1 | Mark S. Horoupian (CA Bar No. 175373) |
|   | mhoroupian@sulmeyerlaw.com |
| 2 | **Sulmeyer**Kupetz |
|   | A Professional Corporation |
| 3 | 333 South Hope Street, Thirty-Fifth Floor |
|   | Los Angeles, California 90071-1406 |
| 4 | Telephone:  213.626.2311 |
|   | Facsimile:   213.629.4520 |
| 5 | |
| 6 | Attorneys for Howard M. Ehrenberg, |
|   | Chapter 11 Trustee |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:10-bk-45503 RN |
| | Chapter 11 |
| SELIM AMERICA, INC, a New York corporation, | **NOTICE OF CONTINUED HEARINGS RE:** |
| | **(1) MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE ESTATES OF SELIM TEXTILE, INC. AND SELIM AMERICA, INC.;** |
| Debtor. | |
| | **(2) MOTION FOR ORDER APPROVING COMPROMISE WITH HWA SEUNG NETWORKS AMERICA CORP.;** |
| | **(3) MOTION BY CHAPTER 11 TRUSTEE FOR ORDER APPROVING SALE OF INVENTORY AND ACCOUNTS RECEIVABLE; AND** |
| | **(4) CHAPTER 11 STATUS CONFERENCES** |
| | [Relates to Dkt Nos. 68, 83 & 85] |
| | **Old Date** |
| | DATE:   December 1, 2010 |
| | TIME:    9:00 a.m. |
| | **Continued Hearing Date** |
| | DATE:   December 2, 2010 |
| | TIME:    2:00 p.m. |
| | PLACE:  U.S. Bankruptcy Court |
| | Courtroom 1654 |
| | 255 E. Temple Street |
| | Los Angeles, CA  90012 |

MHOROUPIAN\ 692824.1

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** that on November 17, 2010, the Court ordered that the hearing on the following motions be continued to **December 2, 2010 at 2:00 p.m.**:

1. *"Chapter 11 Trustee's Motion For Order Substantively Consolidating The Estates of Selim Textile, Inc. and Selim America, Inc."* [Dkt No. 68];

2. *"Motion By Chapter 11 Trustee for Order Approving Sale of Inventory and Accounts Receivable and Proposed Bidding Procedures"* [Dkt No. 83];

3. *"Motion By Chapter 11 Trustee for Order Approving Compromise with Hwa Seung Networks America Corp."* [Dkt No. 85]; and

4. Chapter 11 Status Conferences in the cases of Selim America and Selim Texile, Inc.

DATED: November 18, 2010

SulmeyerKupetz
A Professional Corporation

By: /s/ Mark S. Horoupian
Mark S. Horoupian
Bankruptcy Counsel for Howard M. Ehrenberg,
Chapter 11 Trustee

| In re: | CHAPTER 11 |
|---|---|
| SELIM AMERICA, INC., | |
| Debtor. | CASE NO. 2:10-bk-45503 RN |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **"NOTICE OF CONTINUED HEARINGS RE: (1) MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE ESTATES OF SELIM TEXTILE, INC. AND SELIM AMERICA, INC.; (2) MOTION FOR ORDER APPROVING COMPROMISE WITH HWA SEUNG NETWORKS AMERICA CORP.; (3) MOTION BY CHAPTER 11 TRUSTEE FOR ORDER APPROVING SALE OF INVENTORY AND ACCOUNTS RECEIVABLE; AND (4) CHAPTER 11 STATUS CONFERENCES"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 18, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On November 18, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on November 18, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Richard M. Neiter
U.S. Bankruptcy Court
255 E. Temple St., Suite 1652
Los Angeles, CA 90012

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 18, 2010 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
KFOX\ 691609.1

F 9013-3.1

**IN RE SELIM AMERICA, INC.**
Case No. 2:10-bk-45503 RN

ALL CREDITOR MAILING LIST

**9865.1**

SK DOC NO. 691593.1
[Updated 11/10/2010]

**SERVED VIA NEF**

Dare Law — U.S. Trustee Trustee (LA)
dare.law@usdoj.gov

Elan S. Levey — Prime Business Credit, Inc.
elevey@laklawyers.com
lgreenstein@laklawyers.com
rfeldon@laklawyers.com

Eric D Olson — Interested Party/Courtesy NEF
eolson@lhlaw.com

Helen H. Yang — Creditor Frontier Logistics Services
hyang@ssd.com

Howard M. Ehrenberg — Chapter 11 Trustee
ehrenbergtrustee@sulmeyerlaw.com
ca25@ecfcbis.com
hmehrenberg@ecf.epiqsystems.com

Kathy Bazoian Phelps, Trustee
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067
kphelps@dgdk.com

Lindsey L. Smith — Debtor Selim America, Inc.
lls@lnbrb.com

Mark S. Horoupian — Chapter 11 Trustee
Avi Muhtar — Chapter 11 Trustee
mhoroupian@sulmeyerlaw.com
amuhtar@sulmeyerlaw.com
kfox@sulmeyerlaw.com

Monica Y. Kim — Plaintiff Selim America, Inc.
myk@lnbyb.com

Nico N. Tabibi — Interested Party/Courtesy NEF
nico@tabibilaw.com

Office of the U.S. Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Russell Clementson —U.S. Trustee (LA)
russell.clementson@usdoj.gov

Sam S. Oh — Hwaseung Networks America, Corp.
sam.oh@limruger.com
julie.yu@limruger.com
amy.lee@limruger.com

Steven N. Kurtz — Prime Business Credit, Inc.
lgreenstein@laklawyers.com
rfeldon@laklawyers.com

**POTENTIAL BUYERS —
SERVED VIA E-MAIL**

Calvin Park, Esq.
Law Offices of Calvin J. Park, APC
3055 Wilshire Blvd., Suite 460
Los Angeles, CA 90010
calvinpark@us-attorney.net

Chris Cho
Nextrade, Inc.
10504 Pioneer Blvd.
Santa Fe Springs, CA 90670
chrischo@nextradeusa.com

Diane Hakimi/Houman Nikbakht
Fairway Trading, Inc.-Pacific Sourcing Group
5981 Malburg Way
Vernon, CA 90058
dianeh@fairwayus.com

Justin Chae/Charles Kim
Prime Business Credit, Inc.
1055 W. Seventh St., Suite 2200
Los Angeles, CA 90017
jchae@pbcusa.com
ckim@pbcusa.com

Millennium
c/o Donald Ramenian, Esq.
Law Offices of Donald Ramenian
11355 W. Olympic Blvd., Suite 300
Los Angeles, CA 90064
dr@la-lawfirm.com

| | | |
|---|---|---|
| John A. Axtell, Esq.<br>J.J. Kim & Associates<br>9252 Garden Grove Blvd., Suite 23<br>Garden Grove, CA  92844<br>john@jjkim.com | Neman Bros & Associates<br>c/o Nicco N. Tabibi, Esq.<br>Law Offices of Nico N. Tabibi<br>9454 Wilshire Blvd., Penthouse<br>Beverly Hills, CA  90212<br>nico@tabibilaw.com | Plus Management Inc.<br>dba Spot Light/T-Party<br>4265 S. Broadway<br>Los Angeles, CA  90037<br>spotlightinc@yahoo.com |
| Yoel Neman<br>Neman Bros. & Associates, Inc.<br>1525 S. Broadway St.<br>Los Angeles, CA  90015<br>yoel@neman.com | Thomas J. Salerno/Bradley A. Cosman, Esq.<br>Squire, Sanders & Dempsey LLP<br>1 E. Washington, Suite 2700<br>Phoenix, AZ  85004<br>tsalerno@ssd.com<br>bcosman@ssd.com | |
| **SERVED VIA U.S. MAIL** | **ACECO KOREA CORP.<br>RM 906 JUNGWOOD B/D<br>13-25 YOIDO-Dong<br>YOUNGDEUNGPO-KU<br>SEOUL, KOREA** | AMPCO System Parking<br>945 W. 8th St.<br>Los Angeles, CA  90017 |
| AT&T<br>AT&T Payment Center<br>Sacramento, CA  95887-0001 | Bank of America<br>Business Card<br>PO Box 15710<br>Wilmington, DE  19886 | Bank of America<br>Business Card<br>PO Box 15710<br>Wilmington, DE  19886 |
| BNX Shipping, INC.<br>910 E. 236th St.<br>Carson, CA  90745 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE  19850 | City of New York<br>Department of Finance<br>3rd Floor<br>New York, NY  10038-3735 |
| DHL Express - USA<br>16592 Collections Center Dr.<br>Chicago, IL  60693 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA  94280-0001 | EVO Homeowners Association<br>c/o Action Property Mgmt.<br>PO Box 503630<br>San Diego, CA  92150-3630 |
| EYP Realty, LLC<br>725 S. Figueroa St., Suite 1850<br>Los Angeles, CA  90017 | Federal Express<br>PO Box 7221<br>Pasadena, CA  91109 | Four Seasons Tours & Travel<br>3435 Wilshire Blvd., Suite 143<br>Los Angeles, CA  90010 |
| Franchise Tax Board<br>Attn:  Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA  95812-2952 | Frontier Logistics Services<br>1700 N. Alameda St.<br>Compton, CA 90222 | Gio Promo<br>1177 E. 32nd St., #B<br>Los Angeles, CA  90011 |
| **GEM SPINNERS INDIA LTD<br>78 CATHEDRAL RD.<br>CHENNAI, 800 088<br>INDIA** | Hana Financial, Inc.<br>1000 Wilshire Blvd., Suite 2000<br>Los Angeles, CA  90017 | Harbor Choice Express Ltd. Corp.<br>500 E. Gardena Blvd.<br>Gardena, CA  90248 |
| HS USA, Inc.<br>c/o Fenwick West<br>Attn:  Julie Yang, Agent<br>801 California St.<br>Mountain View, CA  94041 | HS USA, Inc.<br>485 Seventh Ave., Suite 309<br>New York, NY  10018 | **HWA SEUNG NETWORKS CO.,LTD<br>19 F GANGNAM BD 1321<br>SEOCHO-DONG, SEOCHO-GU<br>SEOUL, KOREA** |

HWASEUNG EXWILL CO., LTD.
JANGCHEON B/D 7F, 8F
1287-21 YEONSAN 5-Dong
YEONJE-GU, BUSAN
Korea

IDNC
3680 Wilshire Blvd., Suite 212
Los Angeles, CA 90010

Industrial Bank of Korea
New York Branch
1250 Broadway, 37th Floor
New York, NY 10001

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Insolvency I, Stop 5022
300 N. Los Angeles St.
Room 4062
Los Angeles, CA 90012-9903

JJB, Inc.
9594 Avenida Monterey
Cypress, CA 90630

JJB, Inc.
Attn: Jay H. Seo
3435 Wilshire Blvd., Suite 2310
Los Angeles, CA 90010

Joong Jay Shin
358 5th Ave., Suite 301
New York, NY 10001

KAS Express USA
2208 W. 11th St.
Los Angeles, CA 90006

Keystone Textile
2541 S. Alameda Street
Los Angeles, CA 90058

Kimco Textile, Inc.
124 E. Olympic Blvd.
Los Angeles, CA 90015

KS Textile
2715 E. 12th St.
Los Angeles, CA 90023

K.S. TEXTILES PTY, LTD.
69 NICHOLSON ST.
BRUNSWICK, VIC 3056
AUSTRALIA

Kwangho Lee, CPA
1270 Broadway, Suite 205
New York, NY 10001

K.C. HA, SALES MANAGER
ILSHIN SPINNING CO., LTD.
15-15 YOIDO-DONG
YOUNGDEUGNPO-GU, KOREA

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA 90053-0200

Los Angeles County Tax Collector
Bankruptcy Unit
2615 S. Grand Ave.
Los Angeles, CA 90007-2668

Nitin Spinners, Ltd.
16-17 KM. STONE CHITTOR ROAD
HAMIRGARH DISTT. BHILWARA – 311, 025
(RAJ.) INDIA

N.Y. State Dept. of Tax/Finance
Attn: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227

N.Y. State Dept Of Tax/Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Ophion System Solutions
369 N. Lafayette Park Pl., #9
Los Angeles, CA 90026

PT. DELTA DUNIA TEKSTILL
JL. RAYA PALUR KM. 7,1
SURAKARTA, INDONESIA

Prime Business Credit, Inc.
1055 W. 7th St., #2200
Los Angeles, CA 90017

Print-Land
2500 W. 8th St.
Los Angeles, CA 90057

Samho Tour
Agent: Sung Kyun Shin
3030 W. Olympic Blvd., Suite 104
Los Angeles, CA 90006

Sang Hee Yoon
1437 Wildwood Dr.
Los Angeles, CA 90041

Securities & Exchange Commission
5670 Wilshire Ave., 11th Floor
Los Angeles, CA 90036

Selim America, Inc.
Attn: June Yong Kim
725 S. Figueroa St., Suite 3070
Los Angeles, CA 90017

Selim Textile, Inc.
725 S. Figueroa St., Suite 3070
Los Angeles, CA 90017

Susan Kang
17320 Larisa Dr.
Cerritos, CA 90703

Tenten Wilshire, LLC
1010 Wilshire Blvd.
Los Angeles, CA  90017

Tenten Wilshire, LLC
Attn:  Rahim Amidhozour
370 Convention Way
Redwood City, CA  94063

Tenten Wilshire, LLC
Agent:  G. Richard Katzenbach
1404 S. Oak Knoll Ave.
Pasadena, CA  91101

**TRADELINE ENTERPRISES PRIVATE LTD.
8L AND M, CENTURY PLAZA
560-562, MOUNT RD.
CHENNAI-600018
INDIA**

Travel of America, Inc.
668 Arrow Grand Circle
Covina, CA  91722

UDT Distribution Corp.
801 W. Artesia Blvd.
Compton, CA  90220

Uni Global Logistics
1971 W. 190th St., Suite 150
Torrance, CA  90504

**UNICO LOGISTICS CO., LTD.
FLOOR 9, KUK-JE BLDG. 111, DA DONG
CHUNG-KU, SEOUL, KOREA 100-180**

U.S. Customs Service
Attn:  Port Director
301 E. Ocean Blvd., 14th Floor
Long Beach, CA  90802

You First Express, Inc.
2441 W. 205th St., Suite C200D
Torrance, CA  90503

Office of the U.S. Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA  90017

## POTENTIAL BUYERS

Calvin Park, Esq.
Law Offices of Calvin J. Park, APC
3055 Wilshire Blvd., Suite 460
Los Angeles, CA  90010

Chris Cho
Nextrade, Inc.
10504 Pioneer Blvd.
Santa Fe Springs, CA  90670

Diane Hakimi/Houman Nikbakht
Fairway Trading, Inc.-Pacific Sourcing Group
5981 Malburg Way
Vernon, CA  90058

Justin Chae
Charles Kim
Prime Business Credit, Inc.
1055 W. Seventh St., Suite 2200
Los Angeles, CA  90017

Millennium
c/o Donald Ramenian, Esq.
Law Offices of Donald Ramenian
11355 W. Olympic Blvd., Suite 300
Los Angeles, CA  90064

Neman Bros & Associates
c/o Nico N. Tabibi, Esq.
Law Offices of Nico N. Tabibi
9454 Wilshire Blvd., Penthouse
Beverly Hills, CA  90212

Plus Management Inc.
dba Spot Light/T-Party
4265 S. Broadway
Los Angeles, CA  90037

Yoel Neman
Neman Bros. & Associates, Inc.
1525 S. Broadway St.
Los Angeles, CA  90015