1  Mark S. Horoupian (CA Bar No. 175373)
     mhoroupian@sulmeyerlaw.com
2  Avi E. Muhtar (CA Bar No. 260728)
     amuhtar@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520

7  Attorneys for Howard M. Ehrenberg,
   Chapter 11 Trustee

FILED & ENTERED

FEB 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mai    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SELIM AMERICA, INC, a New York corporation,<br><br>      Debtor.<br><br>In re<br><br>SELIM TEXTILE, INC, a New York corporation,<br><br>      Substantively Consolidated Debtor. | CASE NO. 2:10-BK-45503-RN<br><br>(Substantively Consolidated with Case No. 2:10-bk-45505)<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR CONVERSION OF CASE TO CASE UNDER CHAPTER 7 [DOCKET NO. 132]**<br><br>[No Hearing Required] |

The Court, having considered the "Trustee's Motion Of Chapter 11 Trustee For Conversion Of Case To Case Under Chapter 7" [Docket No. 132] (the "Motion"), filed by counsel to Howard M. Ehrenberg (the "Trustee"), the duly appointed and acting Chapter 11 Trustee in the above-captioned substantively consolidated cases of case of Selim America, Inc ("America") and Selim Textile, Inc. ("Textile", and together with America, the "Debtors"), and the declaration regarding nonopposition to the Motion [Docket No. 137], Motion, and good cause appearing

AMUHTAR\ 701457.1 2/7/2011 (1:31 PM)

**IT IS ORDERED THAT**:

1. The Motion is approved; and

2. This substantively consolidated Case is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(b).

**IT IS SO ORDERED.**

### #

DATED: February 7, 2011

_____
United States Bankruptcy Judge

AMUHTAR\ 701457.1 2/7/2011 (1:31 PM)

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as  ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR CONVERSION OF CASE TO CASE UNDER CHAPTER 7 [DOCKET NO. 132]  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  January 18, 2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on   January 18, 2011   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2011 | Shirley L. Lee | /s/Shirley Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY EMAIL:**

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com

Mark S Horoupian on behalf of Trustee Howard Ehrenberg (TR)
mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com

Monica Y Kim on behalf of Debtor Selim America Inc., a New York corporation
myk@lnbrb.com

Monica Y Kim on behalf of Plaintiff Selim America Inc., a New York corporation
myk@lnbyb.com

Steven N Kurtz on behalf of Creditor Prime Business Credit, Inc.
lgreenstein@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Elan S Levey on behalf of Creditor Prime Business Credit, Inc.
elevey@usdoj.gov

Avi Muhtar on behalf of Trustee Howard Ehrenberg (TR)
amuhtar@sulmeyerlaw.com

Sam S Oh on behalf of Creditor Hwaseung Networks America, Corp.
sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com

Eric D Olson on behalf of Interested Party Courtesy NEF
eolson@lhlaw.com

Kathy Bazoian Phelps on behalf of Interested Party Courtesy NEF
kphelps@dgdk.com

Lindsey L Smith on behalf of Debtor Selim America Inc., a New York corporation
lls@lnbrb.com

Nico N Tabibi on behalf of Interested Party Courtesy NEF
nico@tabibilaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Helen H Yang on behalf of Creditor Frontier Logistics Services
hyang@ssd.com

## Service by U.S. Mail

Selim America, Inc.
Attn: June Yong Kim
725 S. Figueroa Street, #3070
Los Angeles, CA 90017

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Keystone Textile
2541 S. Alameda Street
Los Angeles, CA 90058

Selim Textile, Inc.
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

Susan Kang
17320 Larisa Drive
Cerritos, CA 90703

L.A. County Tax Collector
Bankruptcy Unit
2615 South Grand Avenue
Los Angeles, CA 90007-2668

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Securities & Exchange Commission
5670 Wilshire Avenue., 11th Floor
Los Angeles, CA 90036

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Prime Business Credit, Inc.
1055 W. 7th Street #2200
Los Angeles, CA 90017

Sang Hee Yoon
1437 Wildwood Drive
Los Angeles, CA 90041

EYP Realty LLC
725 S. Figueroa Street, Suite 1850
Los Angeles, CA 90017

New York State Dept of Tax/Finance
Att: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227

~~Joong Jay Shin~~
~~358 5th Avenue, Suite 301~~
~~New York, NY 10001~~
**UNDELIVERABLE AS ADDRESSED**
**UNABLE TO FORWARD (10/17/10)**

H.S. USA Inc.
Julie Yang, Agent C/O Fenwick West
801 California Street
Mountain View, CA 94041

Hwaseung Networks America Corp.
485 Seventh Avenue, Suite 309
New York, NY 10018

Internal Revenue Service
Insolvency I, Stop 5022
300 N. Los Angeles Street, Rm 4062
Los Angeles, CA 90012-9903

Uni Global Logistics
1971 W. 190th Street, Ste. 150
Torrance, CA 90504

Kathy Bazoian Phelps, Trustee
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles CA 90067

Hana Financial, Inc.
1000 Wilshire Blvd., Suite 2000
Los Angeles, CA  90017

City of New York
Department of Finance
3rd Floor
New York, NY 10038-3735

Industrial Bank of Korea
New York Branch
1250 Broadway 37th Floor
New York, NY  10001

AT&T
AT&T Payment Center
Sacramento, CA 95887-0001

| | | |
|---|---|---|
| John A. Axtell, Esq.<br>J. J. Kim & Associates<br>9252 Garden Grove Blvd., Suite 23<br>Garden Grove, CA  92844 | AMPCO System Parking<br>945 West 8th Street<br>Los Angeles, CA 90017 | GIO Promo<br>1177 E. 32nd St. #B<br>Los Angeles, CA 90011 |
| DHL Express - USA<br>16592 Collections Center Dr.<br>Chicago, Il 60693 | EVO Homeowners Association<br>C/O Action Property Mgmt.<br>P.O. Box 503630<br>San Diego, CA 92150-3630 | Kwangho Lee, CPA<br>1270 Broadway Suite 205<br>New York, NY 10001 |
| IDNC<br>3680 Wilshire Blvd., Suite 212<br>Los Angeles, CA 90010 | Kimco Textile Inc<br>124 E. Olympic Blvd.<br>Los Angeles, CA  90015 | KAS Express USA<br>2208 W. 11th Street<br>Los Angeles, CA 90006 |
| Ophion System Solutions<br>369 N. La Fayette Park Pl. #9<br>Los Angeles, CA 90026 | Print-Land<br>2500 W. 8th. Street<br>Los Angeles, CA 90057 | Hwaseung Networks America Corp.<br>485 Seventh Avenue Suite 309<br>New York, NY 10018 |
| Nitin Spinners Ltd<br>16-17 Km. Stone Chittor Road<br>Hamirgarh Distt. Bhilwara – 311 025,<br>(Raj.) India | Hwaseung Exwill Co., Ltd<br>1287-21, Yeonsan-dong<br>Yeonje-gu, Busan, Korea | Pt. Delta Dunia Tekstil<br>JL Raya Palur Km. 7 1<br>Surakarta, Indonesia |
| Tradeline Enterprises Pvt Ltd<br>560-561, Century Plaza, Mountroad<br>Chennai, Tamil Nadu<br>India  600018 | Gem Spinners India Ltd<br>78 Cathedral Rd., Chennai, 800 086<br>Tamilnadu, India | Hwa Seung Networks Co., Ltd.<br>19F, KangNam BD, 1321,<br>Seocho-Dong, Seocho-Gu<br>Seoul, Korea |
| Four Seasons Tours & Travel<br>Agent: Jong Hun Song<br>3500 W. 6th St., #122<br>Los Angeles, CA 90020 | J.J.B. Inc.<br>Agent: Jay H. Seo<br>3435 Wilshire Blvd., #2310<br>Los Angeles, CA 90010 | J.J.B., Inc.<br>9594 Avenida Monterey<br>Cypress, CA 90630 |
| Four Seasons Tours & Travel<br>3435 Wilshire Blvd., Suite 143<br>Los Angeles, CA  90010 | Aceco Korea Corp.<br>Rm 906 Jungwood B/D<br>13-25 Yoido-Dong,<br>Youngdeungpo, Korea | K.C. Ha, Sales Manager<br>Ilshin Spinning Co., Ltd.<br>15-15 Yoido-Dong<br>Youngdeugnpo-Gu, Korea |
| K.S. Textiles Pty Ltd<br>69 Nicholson St<br>Brunswick, VIC 3056<br>Australia | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Samho Tour<br>Agent: Sung Kyun Shin<br>3030 W Olympic Blvd., #104<br>Los Angeles, CA 90006 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

Tenten Wilshire, LLC.
Agent: G. Richard Katzenbach
1401 South Oak Knoll Avenue
Pasadena, CA 91101

Travel of America, Inc.
668 Arrow Grand Circle
Covina, CA  91722

KS Textile
2715 East 12th Street
Los Agneles, CA  90023

Unico Logistics Co., Ltd.
Floor 9, Kuk-Je Bldg. 111, Da-Dong,
Chung-Ku, Seoul, Korea 100-180

You First Express, Inc.
2441 W. 205th Street, Suite C200D
Torrance, CA  90505

Harbor Choice Express, Ltd. Corp.
500 East Gardena Blvd.
Gardena, CA  90248

UDT Distribution Corp.
801 W. Artesia Blvd.
Compton, CA  90220

BNX Shipping, Inc.
910 E. 236th Street
Carson, CA 90745

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled  ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR CONVERSION OF CASE TO CASE UNDER CHAPTER 7 [DOCKET NO. 132]  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service Information continued on attached page.

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"**

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com

Mark S Horoupian on behalf of Trustee Howard Ehrenberg (TR)
mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com

Monica Y Kim on behalf of Debtor Selim America Inc., a New York corporation
myk@lnbrb.com

Monica Y Kim on behalf of Plaintiff Selim America Inc., a New York corporation
myk@lnbyb.com

Steven N Kurtz on behalf of Creditor Prime Business Credit, Inc.
lgreenstein@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Elan S Levey on behalf of Creditor Prime Business Credit, Inc.
elevey@usdoj.gov

Avi Muhtar on behalf of Trustee Howard Ehrenberg (TR)
amuhtar@sulmeyerlaw.com

Sam S Oh on behalf of Creditor Hwaseung Networks America, Corp.
sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com

Eric D Olson on behalf of Interested Party Courtesy NEF
eolson@lhlaw.com

Kathy Bazoian Phelps on behalf of Interested Party Courtesy NEF
kphelps@dgdk.com

Lindsey L Smith on behalf of Debtor Selim America Inc., a New York corporation
lls@lnbrb.com

Nico N Tabibi on behalf of Interested Party Courtesy NEF
nico@tabibilaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Helen H Yang on behalf of Creditor Frontier Logistics Services
hyang@ssd.com

**Service by U.S. Mail**

Selim America, Inc.
Attn: June Yong Kim
725 S. Figueroa Street, #3070
Los Angeles, CA 90017

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Keystone Textile
2541 S. Alameda Street
Los Angeles, CA 90058

Selim Textile, Inc.
725 S. Figueroa Street, Suite 3070
Los Angeles, CA 90017

Susan Kang
17320 Larisa Drive
Cerritos, CA 90703

L.A. County Tax Collector
Bankruptcy Unit
2615 South Grand Avenue
Los Angeles, CA 90007-2668

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Securities & Exchange Commission
5670 Wilshire Avenue., 11th Floor
Los Angeles, CA 90036

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Prime Business Credit, Inc.
1055 W. 7th Street #2200
Los Angeles, CA 90017

Sang Hee Yoon
1437 Wildwood Drive
Los Angeles, CA 90041

EYP Realty LLC
725 S. Figueroa Street, Suite 1850
Los Angeles, CA 90017

New York State Dept of Tax/Finance
Att: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227

~~Joong Jay Shin~~
~~358 5th Avenue, Suite 301~~
~~New York, NY 10001~~
**UNDELIVERABLE AS ADDRESSED**
**UNABLE TO FORWARD (10/17/10)**

H.S. USA Inc.
Julie Yang, Agent C/O Fenwick West
801 California Street
Mountain View, CA 94041

Hwaseung Networks America Corp.
485 Seventh Avenue, Suite 309
New York, NY 10018

Internal Revenue Service
Insolvency I, Stop 5022
300 N. Los Angeles Street, Rm 4062
Los Angeles, CA 90012-9903

Uni Global Logistics
1971 W. 190th Street, Ste. 150
Torrance, CA 90504

Kathy Bazoian Phelps, Trustee
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles CA 90067

Hana Financial, Inc.
1000 Wilshire Blvd., Suite 2000
Los Angeles, CA  90017

City of New York
Department of Finance
3rd Floor
New York, NY 10038-3735

Industrial Bank of Korea
New York Branch
1250 Broadway 37th Floor
New York, NY  10001

AT&T
AT&T Payment Center
Sacramento, CA 95887-0001

| | | |
|---|---|---|
| John A. Axtell, Esq.<br>J. J. Kim & Associates<br>9252 Garden Grove Blvd., Suite 23<br>Garden Grove, CA  92844 | AMPCO System Parking<br>945 West 8th Street<br>Los Angeles, CA 90017 | GIO Promo<br>1177 E. 32nd St. #B<br>Los Angeles, CA 90011 |
| DHL Express - USA<br>16592 Collections Center Dr.<br>Chicago, Il 60693 | EVO Homeowners Association<br>C/O Action Property Mgmt.<br>P.O. Box 503630<br>San Diego, CA 92150-3630 | Kwangho Lee, CPA<br>1270 Broadway Suite 205<br>New York, NY 10001 |
| IDNC<br>3680 Wilshire Blvd., Suite 212<br>Los Angeles, CA 90010 | Kimco Textile Inc<br>124 E. Olympic Blvd.<br>Los Angeles, CA  90015 | KAS Express USA<br>2208 W. 11th Street<br>Los Angeles, CA 90006 |
| Ophion System Solutions<br>369 N. La Fayette Park Pl. #9<br>Los Angeles, CA 90026 | Print-Land<br>2500 W. 8th. Street<br>Los Angeles, CA 90057 | Hwaseung Networks America Corp.<br>485 Seventh Avenue Suite 309<br>New York, NY 10018 |
| Nitin Spinners Ltd<br>16-17 Km. Stone Chittor Road<br>Hamirgarh Distt. Bhilwara – 311 025,<br>(Raj.) India | Hwaseung Exwill Co., Ltd<br>1287-21, Yeonsan-dong<br>Yeonje-gu, Busan, Korea | Pt. Delta Dunia Tekstil<br>JL Raya Palur Km. 7 1<br>Surakarta, Indonesia |
| Tradeline Enterprises Pvt Ltd<br>560-561, Century Plaza, Mountroad<br>Chennai, Tamil Nadu<br>India  600018 | Gem Spinners India Ltd<br>78 Cathedral Rd., Chennai, 800 086<br>Tamilnadu, India | Hwa Seung Networks Co., Ltd.<br>19F, KangNam BD, 1321,<br>Seocho-Dong, Seocho-Gu<br>Seoul, Korea |
| Four Seasons Tours & Travel<br>Agent: Jong Hun Song<br>3500 W. 6th St., #122<br>Los Angeles, CA 90020 | J.J.B. Inc.<br>Agent: Jay H. Seo<br>3435 Wilshire Blvd., #2310<br>Los Angeles, CA 90010 | J.J.B., Inc.<br>9594 Avenida Monterey<br>Cypress, CA 90630 |
| Four Seasons Tours & Travel<br>3435 Wilshire Blvd., Suite 143<br>Los Angeles, CA  90010 | Aceco Korea Corp.<br>Rm 906 Jungwood B/D<br>13-25 Yoido-Dong,<br>Youngdeungpo, Korea | K.C. Ha, Sales Manager<br>Ilshin Spinning Co., Ltd.<br>15-15 Yoido-Dong<br>Youngdeugnpo-Gu, Korea |
| K.S. Textiles Pty Ltd<br>69 Nicholson St<br>Brunswick, VIC 3056<br>Australia | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Samho Tour<br>Agent: Sung Kyun Shin<br>3030 W Olympic Blvd., #104<br>Los Angeles, CA 90006 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

Tenten Wilshire, LLC.
Agent: G. Richard Katzenbach
1401 South Oak Knoll Avenue
Pasadena, CA 91101

Travel of America, Inc.
668 Arrow Grand Circle
Covina, CA  91722

KS Textile
2715 East 12th Street
Los Agneles, CA  90023

Unico Logistics Co., Ltd.
Floor 9, Kuk-Je Bldg. 111, Da-Dong,
Chung-Ku, Seoul, Korea 100-180

You First Express, Inc.
2441 W. 205th Street, Suite C200D
Torrance, CA  90505

Harbor Choice Express, Ltd. Corp.
500 East Gardena Blvd.
Gardena, CA  90248

UDT Distribution Corp.
801 W. Artesia Blvd.
Compton, CA  90220

BNX Shipping, Inc.
910 E. 236th Street
Carson, CA 90745

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                       **F 9021-1.1.NOTICE.ENTERED.ORDER**