Howard M. Ehrenberg
SulmeyerKupetz
333 S. Hope Street 35th Floor
Los Angeles, CA  90071
(213) 626-2311

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

|  |  |  |
|---|---|---|
| In re: SELIM AMERICA INC. | § | Case No. 2:10-bk-45503-ER |
| SELIM TEXTILE, INC. 2:10-bk-45505 ER | § |  |
|  | § |  |
| Debtor(s) | § |  |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Howard M. Ehrenberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$0.00_____ <br> *(without deducting any secured claims)* | Assets Exempt: _N/A_____ |
| Total Distribution to Claimants:$798,547.29_____ | Claims Discharged <br> Without Payment: N/A_____ |
| Total Expenses of Administration:$1,583,870.30_____ | |

3)  Total gross receipts of $    2,382,417.59   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2** ), yielded net receipts of  $2,382,417.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,540,985.07 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,222,318.19 | 1,222,318.19 | 1,222,318.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 361,552.11 | 361,552.11 | 361,552.11 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 174,000.00 | 3,917.27 | 3,917.27 | 3,917.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,147,073.43 | 45,427,635.05 | 45,427,635.05 | 794,630.02 |
| **TOTAL DISBURSEMENTS** | $113,862,058.50 | $47,015,422.62 | $47,015,422.62 | $2,382,417.59 |

4)  This case was originally filed under Chapter 11 on August 23, 2010 and it was converted to Chapter 7 on February 07, 2011.The case was pending for 82 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/11/2017            By:  /s/Howard M. Ehrenberg
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| D-I-P- Account | 1290-000 | 1,412,379.71 |
| Deposits pending recovery | 1249-000 | 163,125.00 |
| Avoidance actions | 1241-000 | 750,500.00 |
| Bank of American bank accounts | 1229-000 | 17,754.31 |
| Refund | 1290-000 | 19,176.00 |
| Tax refund | 1224-000 | 19,482.57 |
| **TOTAL GROSS RECEIPTS** | | **$2,382,417.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Prime Business Credit | 4210-000 | 380,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Industrial Bank of Korea | 4210-000 | 2,500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Frontier Logistics Services | 4210-000 | 2,371,485.07 | N/A | N/A | 0.00 |
| NOTFILED | Unico Logistics Co., Ltd. | 4210-000 | 268,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Uni Global Logistics | 4210-000 | 21,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,540,985.07** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - HOWARD EHRENBERG | 2100-000 | N/A | 94,722.53 | 94,722.53 | 94,722.53 |
| Trustee Expenses - HOWARD EHRENBERG | 2200-000 | N/A | 1,700.00 | 1,700.00 | 1,700.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11,692.96 | 11,692.96 | 11,692.96 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 10,548.00 | 10,548.00 | 10,548.00 |
| Other - United States Treasury | 2810-000 | N/A | 25,680.08 | 25,680.08 | 25,680.08 |
| Other - Franchise Tax Board | 2820-000 | N/A | 14,637.30 | 14,637.30 | 14,637.30 |
| Other - NYC Department of Finance | 2820-000 | N/A | 8,743.06 | 8,743.06 | 8,743.06 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 3,711.92 | 3,711.92 | 3,711.92 |
| Attorney for Trustee Fees (Trustee Firm) - SULMEYERKUPETZ | 3110-000 | N/A | 304,514.67 | 304,514.67 | 304,514.67 |
| Attorney for Trustee Fees (Trustee Firm) - SULMEYERKUPETZ | 3110-000 | N/A | 456,306.50 | 456,306.50 | 456,306.50 |
| Attorney for Trustee Expenses (Trustee Firm) - SULMEYERKUPETZ | 3120-000 | N/A | 5,382.59 | 5,382.59 | 5,382.59 |
| Attorney for Trustee Expenses (Trustee Firm) - SULMEYERKUPETZ | 3120-000 | N/A | 14,514.62 | 14,514.62 | 14,514.62 |
| Other - CROWE HORWATH LLP | 3410-000 | N/A | 244,771.68 | 244,771.68 | 244,771.68 |
| Other - CROWE HORWATH LLP | 3420-000 | N/A | 526.53 | 526.53 | 526.53 |
| Other - New York State Dept of Taxation and Finance | 2820-000 | N/A | 219.72 | 219.72 | 219.72 |
| Other - Franchise Tax Board | 2820-000 | N/A | 1,419.64 | 1,419.64 | 1,419.64 |
| Other - Union Bank | 2600-000 | N/A | 3,478.49 | 3,478.49 | 3,478.49 |
| Other - Union Bank | 2600-000 | N/A | 3,515.37 | 3,515.37 | 3,515.37 |
| Other - Union Bank | 2600-000 | N/A | 1,036.05 | 1,036.05 | 1,036.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,868.85 | 2,868.85 | 2,868.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,962.93 | 2,962.93 | 2,962.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,945.75 | 1,945.75 | 1,945.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,151.97 | 2,151.97 | 2,151.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,844.67 | 1,844.67 | 1,844.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,793.99 | 1,793.99 | 1,793.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,628.32 | 1,628.32 | 1,628.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,222,318.19 | $1,222,318.19 | $1,222,318.19 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kathy Bazoian Phelps | 6101-000 | N/A | 17,622.00 | 17,622.00 | 17,622.00 |
| HOWARD EHRENBERG-CHAPTER 11 TRUSTEE | 6101-000 | N/A | 67,202.61 | 67,202.61 | 67,202.61 |
| Kathy Bazoian Phelps | 6102-000 | N/A | 414.54 | 414.54 | 414.54 |
| SULMEYERKUPETZ | 6110-000 | N/A | 170,777.50 | 170,777.50 | 170,777.50 |
| SULMEYERKUPETZ | 6120-000 | N/A | 12,152.16 | 12,152.16 | 12,152.16 |
| LEVENE, NEALE, BENDER, YOO & BRILL | 6210-000 | N/A | 70,761.64 | 70,761.64 | 70,761.64 |
| LEVENE, NEALE, BENDER, YOO & BRILL | 6220-000 | N/A | 22,621.66 | 22,621.66 | 22,621.66 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $361,552.11 | $361,552.11 | $361,552.11 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12B | New York State Dept of Taxation and Finance | 5800-000 | 100,000.00 | 251.52 | 251.52 | 251.52 |
| 13B | Franchise Tax Board | 5800-000 | N/A | 2,981.54 | 2,981.54 | 2,981.54 |
| FTB | Franchise Tax Board | 5800-000 | N/A | 684.21 | 684.21 | 684.21 |
| NOTFILED | New York State Dept. of Tax/Finance | 5800-000 | 74,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $174,000.00 | $3,917.27 | $3,917.27 | $3,917.27 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Hwaseung Network America, Corp. | 7100-000 | 4,000.00 | 4,099.00 | 4,099.00 | 71.73 |
| 7A | Hwaseung Network America, Corp. | 7100-000 | N/A | 474,622.10 | 474,622.10 | 8,304.27 |
| 11B | Internal Revenue Service | 7300-000 | 164,000.00 | 11,341.00 | 11,341.00 | 0.00 |
| 12A | EYP Realty, LLC | 7100-000 | 4,673.11 | 17,736.95 | 17,736.95 | 310.34 |
| 18A | Internal Revenue Service | 7100-000 | 140,000.00 | N/A | N/A | 0.00 |
| DOC98 | Hwaseung Network America, Corp. | 7100-000 | 53,361,822.00 | 44,919,836.00 | 44,919,836.00 | 785,943.68 |

| NOTFILED | Jacob's First, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Joong Jay Shin | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | ILSHIN SPINNING CO, LTD. | 7100-000 | 1,044,471.16 | N/A | N/A | 0.00 |
| NOTFILED | Aceco Korea Corp | 7100-000 | 131,607.16 | N/A | N/A | 0.00 |
| NOTFILED | Susan Kang | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Selim Textile | 7100-000 | 53,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Keystone Textile | 7100-000 | 290,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $108,147,073.43 | $45,427,635.05 | $45,427,635.05 | $794,630.02 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 2:10-bk-45503-ER | **Trustee:** (001420) Howard M. Ehrenberg |
| **Case Name:** SELIM AMERICA INC. | **Filed (f) or Converted (c):** 02/07/11 (c) |
| SELIM TEXTILE, INC. 2:10-bk-45505 ER | **§341(a) Meeting Date:** 10/21/10 |
| **Period Ending:** 12/11/17 | **Claims Bar Date:** 11/14/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | D-I-P- Account  (u) Chapter 11 funds. | 0.00 | 1,412,379.71 | | 1,412,379.71 | FA |
| 2 | Accounts Receivable  (u) No collection: Susan Kang-loan. No collection: Prime Business Credit. | 0.00 | 43,601.00 | | 0.00 | FA |
| 3 | Deposits pending recovery  (u) EOD 2/8/13 Doc 252 order authorizing compromise. Adversary filed 8/22/12 vs. 123 Washington LLC. NY condo purchase deposit; funds advanced on behalf of debtor's principal. No collection: June Kim-NY Apartment Security Deposit. No collection: Los Angeles Office Security Deposit. No collection: Office Furniture-Los Angeles. | 0.00 | 226,310.00 | | 163,125.00 | FA |
| 4 | Avoidance actions  (u) 6/30/16 no more collections; any unpaid amount is uncollectible and abandoned at closing. 3/27/14 motion on final settlement approved. 9019 settlement motions ongoing. Complaints filed 8/2012. Undetermined amount; reviewing records. | 0.00 | Unknown | | 750,500.00 | FA |
| 5 | Bank of American bank accounts  (u) Release of account funds. Selim/June Kim funds legally released. | 0.00 | 0.00 | | 17,754.31 | FA |
| 6 | Refund  (u) Bond premium. | 0.00 | 0.00 | | 19,176.00 | FA |
| 7 | Error | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Error | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Error | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Interest in Automobiles No collection: 2009 BMW-down payment (title in Jennifer Kim). No collection: 2007 Acura-purchase price (title in June Yong Kim). | Unknown | 28,500.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 2:10-bk-45503-ER | Trustee: | (001420)   Howard M. Ehrenberg |
|---|---|---|---|
| Case Name: | SELIM AMERICA INC. | Filed (f) or Converted (c): | 02/07/11 (c) |
| | SELIM TEXTILE, INC. 2:10-bk-45505 ER | §341(a) Meeting Date: | 10/21/10 |
| Period Ending: | 12/11/17 | Claims Bar Date: | 11/14/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | $28,500 proceeds from sale of vehicle June Kim Maserati GT-S-sold during chapter 11. | | | | | |
| 11 | Error | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Tax refund (u)   IRS/State of NY refunds/interest. | 0.00 | 0.00 | | 19,482.57 | 0.00 |
| 13 | Error | 0.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets**    **Totals (Excluding unknown values)** | **$0.00** | **$1,710,790.71** | | **$2,382,417.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

The New York City and New York State taxing authorities have finalized their review of the amended returns. The result was a final offset for pre-petition corporate taxes due and a small refund to NYC for the estate of Selim America. A small amount due to NYC for the estate of Selim Textile is reflected in the proposed distribution. The Franchise Tax Board has applied a 2013 tax credit to the tax liability for pre-petition taxes due from the estate of Selim America. The FTB has filed an additional proof of claim for the esate of Selim Textile. The amounts due to the FTB is reflected in the proposed distribution. Other than these small remaining tax claims, the only other claims are those owned by Hwaseung and EYP Realty, LLC. The unpaid amount from the defendant, Kimko Textile, Inc. is deemed uncollectible and Hwaseung agrees that no more effort to collect will be made. There are no other issues and the case is ready for closing. (07/26/17)

Interim distribution was made to Hwa Seung per order authorizing EOD 1/18/17 Doc 338. Withdrawal of claim #17 was filed by the NYS Dept. of Taxation. The taxing agencies continue to review the amended returns which should result in additional reduction in amounts due. Counsel has requested allowance of the Firm's contingency fee and expenses for prosectuion of certain avoidance actions. A hearing has been set for April 19, 2017. (3/31/17)

Since the last reporting period, my counsel has met with the largest creditor, Hwa Seung to further determine the allowance of claims and to agree upon an interim distribution while the trustee waits to hear back from the NYC and NYS taxing agencies regarding the amended tax returns filed. On December, 21, 2016, a motion was filed with the Court to allow an interim payment of $500,000 to be paid. Upon resolution of the NYC and NYS tax claims, I will proceed to close the case. At this time, I will change the ETF date. (12/31/16)

I have submitted additional tax returns to the taxing agencies and tax payments during September and October for both cases, Selim American and Selim Textiles. A motion for cash disbursements was filed with the Court November 15, 2016. No significant change since the last reporting period. (09/30/16)

The IRS has amended the amounts due for years 2008 and 2009 to zero. The Franchise Tax Board has amended the administrative claim as well. My accountant continues to work with the taxing agencies to reduce the tax due and penalties assessed. I expect that the tax amount due to NY State and NY City will be reduced once they complete reviewing the 2008-2010 amended tax returns filed. Ultimately, I expect that the only remaining claims against the estate will be claims owned by the largest creditor, Hwa Seung. I will change the ETFR date to March 31, 2017. (6/30/16)

No resolution from the IRS has yet to be received. (04/26/16)

The amended returns are filed and a meeting is scheduled with the IRS to determine if the returns will be accepted as filed. At this time, I will change the ETFR date to

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 2:10-bk-45503-ER | | Trustee: | (001420) | Howard M. Ehrenberg |
| Case Name: | SELIM AMERICA INC. | | Filed (f) or Converted (c): | 02/07/11 (c) | |
| | SELIM TEXTILE, INC. 2:10-bk-45505 ER | | §341(a) Meeting Date: | 10/21/10 | |
| Period Ending: | 12/11/17 | | Claims Bar Date: | 11/14/11 | |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |

September 30, 2016. (01/26/16)

Recently, my accountants met telephonically with the IRS to determine a course of action on amending the tax returns. Based on the results of that meeting, my accountants are now in the process of preparing Federal, California, New York State and New York City amended returns for 2008, 2009 and 2010. (10/19/15)

No significant change since the last reporting period. (07/23/15)

The taxing agencies (IRS, FTB and State of NY ) have not accepted our tax returns as they were based on my best understanding of the facts regarding the fraudulent activity of the debtor's principal. However, the tax agencies have insisted that I present empirical evidence of the loses stated in the returns. This has resulted in my needing to reconstruct three years of records to prove that the debtor was selling product for less than its cost. As the records provided by the debtor at the inception of the case are false, this task is  very labor intensive. We have been working on it for a few months and believe that we are nearly finished. As soon as the records are reconstructed, I will file amended returns with the taxing agencies. My current estimate to file my TFR is  March 31, 2016.   (4/30/15)

No significant change since the last reporting period. (01/16/15)

I was required to request an additional 90 days to allow the taxing agencies sufficient time to review the information submitted to clarify questions regarding the returns filed.  I hope to get tax clearance for those years on or about December 28, 2014.  I can then move forward with the claims review and if feasible the dismissal of this case. In the meantime, I continue to collect settlement payments. (10/10/14)

I am receiving payments pursuant to the motion.  Accountants are responding to taxing agencies request for additional information to complete the tax return review.  I hope the tax is reduced in order be able to resolve claims with creditors and dismiss this case.  I will change my ETFR date to April 30, 2015. (07/21/14)

My counsel is working with creditors attorney to resolve the amount of claims which will be allowed and paid.  In the meantime, my CPAs have prepared amended tax returns to reduce tax claims against the estate.  I am waiting for an audit response from the taxing agencies. 04/10/14

The very last preference action was settled at mediation this week. A motion to approve will been filed. With all settlement funds recieved, I can start to close the case. There is one proof of claim that may require objection. We are considering whether it will be faster to file a motion to dismiss. One creditor is 98% of the total debt. It has agreed to allow all other claims to be paid in full and to then keep the remainder. This would obviate the need for the delay a closing of the case might take. Final report, if one is filed, by July 31, 2014. (01/24/14)

Preference actions were filed and the work is ongoing.  9019 motion have been filed and settlement funds received.  Accountants are completing several years of tax returns.  Subsequently, additional tax returns will be filed.  I will review claims when the preference work is complete.  At this time, I will change the ETRF date to April 30, 2014. (6/30/13)

An agreement has been reached with the largest creditor for the estate to employ counsel on a contingency basis to pursue preferential and other potentially avoidable transfers. Demand letters have been sent and if the matters are not settled, adversary actions will be filed. I am still pursuing collection of the a/r and the deposit.   Bank of America has turned over funds that were held and have now been legally released. (6/30/12)

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 2:10-bk-45503-ER | **Trustee:** (001420) Howard M. Ehrenberg | |
| **Case Name:** SELIM AMERICA INC. | **Filed (f) or Converted (c):** 02/07/11 (c) | |
| SELIM TEXTILE, INC. 2:10-bk-45505 ER | **§341(a) Meeting Date:** 10/21/10 | |
| **Period Ending:** 12/11/17 | **Claims Bar Date:** 11/14/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

In this case, I first determined that this debtor and the related debtor were actually alter egos of each other. I filed a motion to substantively consolidate which was approved. As a result, the trustee of the related estate resigned. I investigated the claims made by the debtor against its supplier Hwa Seung and the claims that Hwa Seung has made against the debtor and its principal. I concluded that protracted litigation would be very costly, and the likelihood of success was not greater than 50%. I entered into settlement discussions with Hwa Seung which led to a settlement that will enable the consolidated estate to pay all of the expenses of administration in full without reducing the amount of funds held aside for a small dividend to creditors. I filed a motion to approve the settlement and sale of inventory and trade accounts receivable and it was approved by the court. Since then, I have been obtaining records from the debtors banks and other sources which will enable me to complete my investigation as to the extent of avoidable transfers that may exist to be recovered.

Crowe Horwath employment approved by the court February 3, 2011.  SulmeyerKupetz employment approved by the court April 27, 2011.  (6/30/11)

Case converted from chapter 11 February 7, 2011
Substantively consolidated with Selim Textile, Inc. 10-bk-45505 December 3, 2010

**Initial Projected Date Of Final Report (TFR):**    June 30, 2013          **Current Projected Date Of Final Report (TFR):**    August 4, 2017  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 2:10-bk-45503-ER |
| **Case Name:** | SELIM AMERICA INC. |
| | SELIM TEXTILE, INC. 2:10-bk-45505 ER |
| **Taxpayer ID #:** | **-***3077 |
| **Period Ending:** | 12/11/17 |

| | |
|---|---|
| **Trustee:** | Howard M. Ehrenberg (001420) |
| **Bank Name:** | Union Bank |
| **Account:** | ********83 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/11 | {1} | SELIM AMERICA INC. | Closure of D-I-P account-open ch 7 | 1290-000 | 1,412,379.71 | | 1,412,379.71 |
| 06/03/11 | 1001 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 233.35 | 1,412,146.36 |
| 08/25/11 | {6} | GLOBAL SURETY, LLC | refund of premium | 1290-000 | 19,176.00 | | 1,431,322.36 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,478.49 | 1,427,843.87 |
| 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 3,515.37 | 1,424,328.50 |
| 11/10/11 | | Union Bank | Bank and Technology Services Fees | 2600-000 | | 1,036.05 | 1,423,292.45 |
| 11/10/11 | | Union Bank | Transfer to The Bank of New York Mellon | 9999-000 | | 1,423,292.45 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,431,555.71 | 1,431,555.71 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,423,292.45 | |
| **Subtotal** | 1,431,555.71 | 8,263.26 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,431,555.71** | **$8,263.26** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 2:10-bk-45503-ER |
| **Case Name:** | SELIM AMERICA INC. |
| | SELIM TEXTILE, INC. 2:10-bk-45505 ER |
| **Taxpayer ID #:** | **-***3077 |
| **Period Ending:** | 12/11/17 |

| | |
|---|---|
| **Trustee:** | Howard M. Ehrenberg (001420) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******77-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/11 | | The Bank of New York Mellon | Transfer from Union Bank | 9999-000 | 1,423,292.45 | | 1,423,292.45 |
| 12/01/11 | 20101 | SULMEYERKUPETZ | EOD 11/29/11 Doc 185 counsel fees and<br>expenses | | | 182,929.66 | 1,240,362.79 |
| | | SULMEYERKUPETZ | fees 9-17-2010 to        170,777.50<br>2-6-2011 | 6110-000 | | | 1,240,362.79 |
| | | SULMEYERKUPETZ | expenses           12,152.16 | 6120-000 | | | 1,240,362.79 |
| 12/01/11 | 20102 | LEVENE, NEALE, BENDER, YOO &<br>BRILL | EOD 11/29/11 Doc 185 allowed final fees and<br>expenses | | | 93,383.30 | 1,146,979.49 |
| | | LEVENE, NEALE, BENDER,<br>YOO & BRILL | expenses           22,621.66 | 6220-000 | | | 1,146,979.49 |
| | | LEVENE, NEALE, BENDER,<br>YOO & BRILL | reduced fees allowed   70,761.64 | 6210-000 | | | 1,146,979.49 |
| 12/01/11 | 20103 | Kathy Bazoian Phelps | EOD 11/29/11 Doc 185 former ch 11 trustee<br>fees and expenses | | | 18,036.54 | 1,128,942.95 |
| | | Kathy Bazoian Phelps | fees 9-16-2010 to      17,622.00<br>1-31-2011 | 6101-000 | | | 1,128,942.95 |
| | | Kathy Bazoian Phelps | expenses              414.54 | 6102-000 | | | 1,128,942.95 |
| 02/23/12 | 20104 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 1,511.07 | 1,127,431.88 |
| 07/26/12 | {5} | Bank of America | bank account | 1229-000 | 11,261.85 | | 1,138,693.73 |
| 07/26/12 | {5} | Bank of America | bank account | 1229-000 | 5,920.80 | | 1,144,614.53 |
| 07/26/12 | {5} | Bank of America | bank account | 1229-000 | 563.85 | | 1,145,178.38 |
| 07/26/12 | {5} | Bank of America | bank account | 1229-000 | 7.81 | | 1,145,186.19 |
| 12/13/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001000142088<br>20121213 | 9999-000 | | 1,145,186.19 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,441,046.76 | 1,441,046.76 | **$0.00** |
| Less: Bank Transfers | 1,423,292.45 | 1,145,186.19 | |
| **Subtotal** | **17,754.31** | **295,860.57** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$17,754.31** | **$295,860.57** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 2:10-bk-45503-ER

**Case Name:** SELIM AMERICA INC.

SELIM TEXTILE, INC. 2:10-bk-45505 ER

**Taxpayer ID #:** **-***3077

**Period Ending:** 12/11/17

**Trustee:** Howard M. Ehrenberg (001420)

**Bank Name:** Rabobank, N.A.

**Account:** ******6766 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,145,186.19 | | 1,145,186.19 |
| 01/04/13 | 30105 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 1,576.34 | 1,143,609.85 |
| 02/05/13 | {4} | American Express | EOD 2/28/13 Doc 264 settlement funds | 1241-000 | 27,907.00 | | 1,171,516.85 |
| 02/12/13 | {4} | Bank of America | EOD 2/8/13 Doc 253 settlement funds | 1241-000 | 5,000.00 | | 1,176,516.85 |
| 02/12/13 | {4} | Hoyoung Sung & Gumjo Sung | EOD 2/8/13 Doc 255 settlement funds | 1241-000 | 5,000.00 | | 1,181,516.85 |
| 02/15/13 | {3} | Holland & Knight LLP | EOD 2/8/13 Doc 252 settlement funds | 1249-000 | 163,125.00 | | 1,344,641.85 |
| 02/20/13 | {4} | Pechanga | EOD 2/7/13 Doc 251 settlement funds | 1241-000 | 5,000.00 | | 1,349,641.85 |
| 02/28/13 | {4} | American Express | EOD 2/28/13 Doc 264 settlement funds | 1241-000 | 119,593.00 | | 1,469,234.85 |
| 02/28/13 | {4} | JPMorgan Chase | EOD 2/25/13 Doc 262 settlement funds | 1241-000 | 13,000.00 | | 1,482,234.85 |
| 02/28/13 | {4} | The Art Institute of Chicago | EOD 2/8/13 Doc 254 settlement funds | 1241-000 | 25,000.00 | | 1,507,234.85 |
| 06/20/13 | 30106 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 60.62 | 1,507,174.23 |
| 06/24/13 | 30107 | United States Treasury | tax payment  year 2011 Form 940 | 2810-000 | | 37.52 | 1,507,136.71 |
| 08/14/13 | 30108 | NYC Department of Finance | tax payment  year 2012 Form NYC-3L SA | 2820-000 | | 26.00 | 1,507,110.71 |
| 08/14/13 | 30109 | NYS Corporation Tax | tax payment  year 2012 Form CT-3 SA | 2820-000 | | 25.00 | 1,507,085.71 |
| 08/14/13 | 30110 | Franchise Tax Board | tax payment  year 2011 Form 100 SA | 2820-000 | | 1,072.00 | 1,506,013.71 |
| 08/14/13 | 30111 | NYS Corporation Tax | tax payment  year 2011 Form CT-3 SA | 2820-000 | | 56.00 | 1,505,957.71 |
| 08/14/13 | 30112 | NYC Department of Finance | tax payment  year 2011 Form NYC-3L SA | 2820-000 | | 58.00 | 1,505,899.71 |
| 08/14/13 | 30113 | NYC Department of Finance | tax payment  year 2010 Form NYC-4S ST | 2820-000 | | 679.00 | 1,505,220.71 |
| 08/14/13 | 30114 | NYS Corporation Tax | tax payment  year 2010 Form CT-3M/4M ST | 2820-000 | | 185.00 | 1,505,035.71 |
| 08/14/13 | 30115 | NYS Corporation Tax | tax payment  year 2010 Form CT-4 ST | 2820-000 | | 626.00 | 1,504,409.71 |
| 08/14/13 | 30116 | Department of the Treasury | tax payment  year 2010 Form 1120 SA | 2810-000 | | 22,691.00 | 1,481,718.71 |
| 08/14/13 | 30117 | Franchise Tax Board | tax payment  year 2010 Form 100 SA | 5800-000 | | 21,015.00 | 1,460,703.71 |
| 08/14/13 | 30118 | NYS Corporation Tax | tax payment  year 2010 Form CT-3 SA Franchise Tax | 2820-000 | | 6,020.00 | 1,454,683.71 |
| 08/14/13 | 30119 | NYS Corporation Tax | tax payment  year 2010 Form CT-3M/4M SA MTA Surcharge Tax | 2820-000 | | 1,339.00 | 1,453,344.71 |
| 08/14/13 | 30120 | NYC Department of Finance | tax payment  year 2010 Form NYC-3L SA Corporate Tax | 2820-000 | | 9,116.00 | 1,444,228.71 |
| 08/27/13 | {4} | Borgata Hotel Casino and Spa | EOD 8/7/13 Doc 274 settlement funds | 1241-000 | 17,500.00 | | 1,461,728.71 |
| 10/30/13 | 30121 | Franchise Tax Board | tax payment  year 2012 notice of  tax assessment $800 plus penalties and interest SA | 2820-000 | | 909.99 | 1,460,818.72 |
| 11/01/13 | {4} | Wynn Las Vegas, LLC | EOD 10/28/13 Doc 294 settlement funds | 1241-000 | 305,000.00 | | 1,765,818.72 |
| 11/12/13 | {4} | The Little Flock Church | EOD 11/1/13 Doc 296 settlement funds | 1241-000 | 50,000.00 | | 1,815,818.72 |
| 11/13/13 | {4} | Global Cash Access, Inc. | EOD 10/24/13 Doc 292 settlement funds | 1241-000 | 80,000.00 | | 1,895,818.72 |
| 11/18/13 | {4} | Capital One Services, LLC | EOD 12/19/13 Doc 303 settlement funds | 1241-000 | 10,000.00 | | 1,905,818.72 |

Subtotals :     $1,971,311.19     $65,492.47

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 2:10-bk-45503-ER | **Trustee:** Howard M. Ehrenberg (001420) |
| **Case Name:** SELIM AMERICA INC. | **Bank Name:** Rabobank, N.A. |
| SELIM TEXTILE, INC. 2:10-bk-45505 ER | **Account:** ******6766 - Checking Account |
| **Taxpayer ID #:** **-***3077 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 12/11/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/13 | {4} | Aria Resort & Casino | EOD 9/30/13 Doc 282 settlement funds | 1241-000 | 32,500.00 | | 1,938,318.72 |
| 12/03/13 | {4} | Keystone Textile, Inc. | settlement funds | 1241-000 | 10,000.00 | | 1,948,318.72 |
| 12/09/13 | {4} | The Little Flock Church | EOD 11/1/13 Doc 296 settlement funds | 1241-000 | 18,000.00 | | 1,966,318.72 |
| 01/02/14 | {4} | Keystone Textile | settlement funds | 1241-000 | 10,000.00 | | 1,976,318.72 |
| 02/05/14 | 30122 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 2,996.93 | 1,973,321.79 |
| 04/02/14 | 30123 | Franchise Tax Board | tax payment  year 2013 Form 100 SA | 2820-000 | | 3,225.00 | 1,970,096.79 |
| 04/02/14 | 30124 | United States Treasury | tax payment  year 2013 Form 1120 SA | 2810-000 | | 9,682.00 | 1,960,414.79 |
| 04/02/14 | 30125 | New York State Corporation Tax | tax payment  year 2013 Form CT-3 SA | 2820-000 | | 25.00 | 1,960,389.79 |
| 04/02/14 | 30126 | NYC Department of Finance | tax payment  year 2013 Form NYC-3L SA | 2820-000 | | 25.00 | 1,960,364.79 |
| 04/14/14 | 30127 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 268.73 | 1,960,096.06 |
| 04/16/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,500.00 | | 1,961,596.06 |
| 04/25/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,500.00 | | 1,963,096.06 |
| 05/23/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,500.00 | | 1,964,596.06 |
| 06/19/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,500.00 | | 1,966,096.06 |
| 06/26/14 | 30128 | United States Treasury | tax payment  year 2013 notice of interest due SA | 2810-000 | | 243.49 | 1,965,852.57 |
| 06/26/14 | 30129 | Franchise Tax Board | tax payment notice of penalties and interest for year 2013 $205.82, year 2011 $250.00, year 2010 $124.49 SA | 2820-000 | | 580.31 | 1,965,272.26 |
| 07/22/14 | | State of New York | tax refund re metropolitan transport busn. tax surcharge | 2820-000 | | -213.33 | 1,965,485.59 |
| 07/25/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,000.00 | | 1,966,485.59 |
| 08/25/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,000.00 | | 1,967,485.59 |
| 09/23/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,500.00 | | 1,968,985.59 |
| 10/29/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,500.00 | | 1,970,485.59 |
| 12/02/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,970,985.59 |
| 12/10/14 | | NYC Department of Finance | tax refund re corporate tax SA year 2010 | 2820-000 | | -1,210.94 | 1,972,196.53 |
| 12/30/14 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 1,000.00 | | 1,973,196.53 |
| 01/09/15 | 30130 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 2,509.68 | 1,970,686.85 |
| 01/27/15 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,971,186.85 |
| 03/11/15 | 30131 | NYC Department of Finance | tax payment  year 2014 Form NYC-EXT ST | 2820-000 | | 25.00 | 1,971,161.85 |
| 03/11/15 | 30132 | NYS Department of Taxation & Finance | tax payment  year 2014 Form CT-5 ST | 2820-000 | | 25.00 | 1,971,136.85 |
| 03/12/15 | 30133 | Franchise Tax Board | tax payment  year 2014 Form 100 SA | 2820-000 | | 850.00 | 1,970,286.85 |
| 03/12/15 | 30134 | Franchise Tax Board | tax payment  year 2015 Form 100 SA | 2820-000 | | 800.00 | 1,969,486.85 |
| 03/12/15 | 30135 | NYS Department of Taxation & Finance, Corp V | tax payment  year 2014 Form CT-200 SA | 2820-000 | | 25.00 | 1,969,461.85 |

Subtotals :             $83,500.00        $19,856.87

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 2:10-bk-45503-ER | **Trustee:** Howard M. Ehrenberg (001420) |
| **Case Name:** SELIM AMERICA INC. | **Bank Name:** Rabobank, N.A. |
| SELIM TEXTILE, INC. 2:10-bk-45505 ER | **Account:** ******6766 - Checking Account |
| **Taxpayer ID #:** **-***3077 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 12/11/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/15 | 30136 | New York City Department of Finance | tax payment  year 2014 Form NYC-200V SA | 2820-000 | | 25.00 | 1,969,436.85 |
| 03/19/15 | | INTERNATIONAL SURETIES, LTD. | bond premium adjustment refund | 2300-000 | | -924.38 | 1,970,361.23 |
| 03/31/15 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,970,861.23 |
| 04/01/15 | 30137 | INTERNATIONAL SURETIES, LTD. | bond premium | 2300-000 | | 256.58 | 1,970,604.65 |
| 04/28/15 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,971,104.65 |
| 06/01/15 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,971,604.65 |
| 07/23/15 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,972,104.65 |
| 08/28/15 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,972,604.65 |
| 11/02/15 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,973,104.65 |
| 02/10/16 | 30138 | International Sureties, LTD. | bond premium | 2300-000 | | 3,204.04 | 1,969,900.61 |
| 02/25/16 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,970,400.61 |
| 04/14/16 | 30139 | Franchise Tax Board | tax payment  year 2016 Form 100 SA | 2820-000 | | 800.00 | 1,969,600.61 |
| 04/14/16 | 30140 | Franchise Tax Board | tax payment  year 2016 Form 100 ST | 2820-000 | | 800.00 | 1,968,800.61 |
| 04/26/16 | {4} | Kimco Textile, Inc. | EOD 3/27/14 Doc 314 settlement funds | 1241-000 | 500.00 | | 1,969,300.61 |
| 06/20/16 | 30141 | United States Treasury | tax payment  year 2008 notice of amount due ST | 2810-000 | | 398.80 | 1,968,901.81 |
| 06/20/16 | 30142 | United States Treasury | tax payment  year 2009 notice of amount due ST | 2810-000 | | 1,114.27 | 1,967,787.54 |
| 07/05/16 | {12} | United States Treasury | tax refund year 2009 | 1224-000 | 18,109.72 | | 1,985,897.26 |
| 09/12/16 | 30143 | Franchise Tax Board | tax payment  year 2013 Form 100 ST | 2820-000 | | 800.00 | 1,985,097.26 |
| 09/14/16 | 30144 | Franchise Tax Board | tax payment  year 2015 Form 100 ST | 2820-000 | | 800.00 | 1,984,297.26 |
| 10/04/16 | 30145 | Franchise Tax Board | tax payment  year 2011 Form 100 ST | 2820-000 | | 800.00 | 1,983,497.26 |
| 10/04/16 | 30146 | Franchise Tax Board | tax payment  year 2012 Form 100 ST | 2820-000 | | 800.00 | 1,982,697.26 |
| 10/04/16 | 30147 | Franchise Tax Board | tax payment  year 2014 Form 100 ST | 2820-000 | | 800.00 | 1,981,897.26 |
| 10/04/16 | 30148 | Department of the Treasury | tax payment  year 2013 Form 1120 ST | 2810-000 | | 1,195.00 | 1,980,702.26 |
| 10/04/16 | 30149 | NYS Corporation Tax | tax payment  year 2012 Form CT-3M/4M SA | 2820-000 | | 4.00 | 1,980,698.26 |
| 10/04/16 | 30150 | NYS Corporation Tax | tax payment  year 2013 Form CT-3M/4M SA | 2820-000 | | 4.00 | 1,980,694.26 |
| 11/21/16 | | Franchise Tax Board | tax refund year 2010 | 5800-000 | | -20,114.90 | 2,000,809.16 |
| 11/21/16 | | State of New York | tax refund re metropolitan transport busn. tax surcharge | 2820-000 | | -592.13 | 2,001,401.29 |
| 11/21/16 | | State of New York | tax refund re state franchise tax SA year 2010 | 2820-000 | | -3,816.62 | 2,005,217.91 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,868.85 | 2,002,349.06 |
| 01/23/17 | 30151 | Hwaseung Networks America Corp. | EOD 1/18/17 Doc 338 interim distribution | 7100-000 | | 550,000.00 | 1,452,349.06 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,962.93 | 1,449,386.13 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,945.75 | 1,447,440.38 |
| 03/07/17 | 30152 | Franchise Tax Board | tax payment  year 2017 Form 100 ST | 2820-000 | | 800.00 | 1,446,640.38 |

| | | Subtotals : | $22,109.72 | $544,931.19 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 12/11/2017 11:25 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** | 2:10-bk-45503-ER |
| **Case Name:** | SELIM AMERICA INC. |
| | SELIM TEXTILE, INC. 2:10-bk-45505 ER |
| **Taxpayer ID #:** | **-***3077 |
| **Period Ending:** | 12/11/17 |

| | |
|---|---|
| **Trustee:** | Howard M. Ehrenberg (001420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6766 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/17 | 30153 | Franchise Tax Board | tax payment year 2017 Form 100 SA | 2820-000 | | 800.00 | 1,445,840.38 |
| 03/24/17 | | United States Treasury | tax refund year 2013 tax plus interest Form 1120 SA | | | -10,133.42 | 1,455,973.80 |
| | | United States Treasury | refund 12/2013 Form 1120                -9,682.00 | 2810-000 | | | 1,455,973.80 |
| | {12} | United States Treasury | interest allowed                           -451.42 | 1224-000 | | | 1,455,973.80 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,151.97 | 1,453,821.83 |
| 04/20/17 | 30154 | SulmeyerKupetz | EOD 4/20/2017 Doc 347 Attorney fees and expenses | | | 319,029.29 | 1,134,792.54 |
| | | | Attorney fees                             304,514.67 | 3110-000 | | | 1,134,792.54 |
| | | | Attorney expenses                       14,514.62 | 3120-000 | | | 1,134,792.54 |
| 04/26/17 | {12} | State of New York | tax refund -pre-petition balances offset/refund | 1224-000 | 921.43 | | 1,135,713.97 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,844.67 | 1,133,869.30 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,793.99 | 1,132,075.31 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,628.32 | 1,130,446.99 |
| 08/01/17 | | Franchise Tax Board | refund/offset for 2008-2009 tax/2013 | 5800-000 | | -215.89 | 1,130,662.88 |
| 10/03/17 | 30155 | Hwaseung Network America, Corp. | Dividend paid   1.74% on $4,099.00; Claim# 2A | 7100-000 | | 71.73 | 1,130,591.15 |
| 10/03/17 | 30156 | Hwaseung Network America, Corp. | Dividend paid   1.74% on $474,622.10; Claim# 7A | 7100-000 | | 8,304.27 | 1,122,286.88 |
| 10/03/17 | 30157 | EYP Realty, LLC | Dividend paid   1.74% on $17,736.95; Claim# 12A | 7100-000 | | 310.34 | 1,121,976.54 |
| 10/03/17 | 30158 | Hwaseung Network America, Corp. | Dividend paid   1.74% on $44,919,836.00; Claim# DOC98 | 7100-000 | | 235,943.68 | 886,032.86 |
| 10/03/17 | 30159 | New York State Dept of Taxation and Finance | Dividend paid 100.00% on $251.52; Claim# 12B | 5800-000 | | 251.52 | 885,781.34 |
| 10/03/17 | 30160 | Franchise Tax Board | Dividend paid 100.00% on $2,981.54; Claim# 13B | 5800-000 | | 2,981.54 | 882,799.80 |
| 10/03/17 | 30161 | United States Bankruptcy Court | court costs | 2700-000 | | 10,548.00 | 872,251.80 |
| 10/03/17 | 30162 | Franchise Tax Board | Dividend paid 100.00% Claim# 14B administrative tax claim 2011-2015 | 2820-000 | | 1,419.64 | 870,832.16 |
| 10/03/17 | 30163 | CROWE HORWATH LLP | EOD 10/3/17 final order | | | 245,298.21 | 625,533.95 |
| | | | expenses                                      526.53 | 3420-000 | | | 625,533.95 |
| | | CROWE HORWATH LLP | fees                                       244,771.68 | 3410-000 | | | 625,533.95 |
| 10/03/17 | 30164 | SULMEYERKUPETZ | EOD 10/3/17 final order | | | 461,689.09 | 163,844.86 |
| | | | fees                                       456,306.50 | 3110-000 | | | 163,844.86 |
| | | SULMEYERKUPETZ | expenses                                   5,382.59 | 3120-000 | | | 163,844.86 |
| 10/03/17 | 30165 | New York State Dept of Taxation | Dividend paid 100.00% Claim# 8B | 2820-000 | | 219.72 | 163,625.14 |

Subtotals :    $921.43    $1,283,936.67

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 2:10-bk-45503-ER | | Trustee: | Howard M. Ehrenberg (001420) |
| Case Name: | SELIM AMERICA INC. | | Bank Name: | Rabobank, N.A. |
| | SELIM TEXTILE, INC. 2:10-bk-45505 ER | | Account: | ******6766 - Checking Account |
| Taxpayer ID #: | **-***3077 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/11/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | and Finance | administrative expense tax claim 2010 | | | | |
| 10/03/17 | 30166 | HOWARD EHRENBERG-CHAPTER 11 TRUSTEE | 10/3/17 final order | 6101-000 | | 67,202.61 | 96,422.53 |
| 10/03/17 | 30167 | HOWARD EHRENBERG | 10/3/17 final order | | | 96,422.53 | 0.00 |
| | | | compensation     94,722.53 | 2100-000 | | | 0.00 |
| | | HOWARD EHRENBERG | expenses     1,700.00 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 2,077,842.34 | 2,077,842.34 | $0.00 |
| Less: Bank Transfers | | 1,145,186.19 | 0.00 |
| Subtotal | | 932,656.15 | 2,077,842.34 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $932,656.15 | $2,077,842.34 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ********83 | 1,431,555.71 | 8,263.26 | 0.00 |
| Checking # ****-*****77-66 | 17,754.31 | 295,860.57 | 0.00 |
| Checking # ******6766 | 932,656.15 | 2,077,842.34 | 0.00 |
| | $2,381,966.17 | $2,381,966.17 | $0.00 |

{} Asset reference(s)

Printed: 12/11/2017 11:25 AM    V.13.30